# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**VS.**             **NO. 4:15CR00190-JLH-01**

**CHARLES TYRONE JACKSON**             **DEFENDANT**

## ORDER

The Court appointed Damon C. Singleton to represent Charles Tyrone Jackson in this case. (Docket entry #4, #7, and #23) Pending is Mr. Singleton's motion to withdraw as counsel. (Docket entry #28) For good cause shown, the motion is GRANTED.

Damon C. Singleton is relieved as counsel of record. Danny Ray Williams has entered an appearance on Mr. Jackson's behalf. (#30)

IT IS SO ORDERED, this 26th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE